IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　vs.<br><br>MATTHEW SEARS,<br><br>　　　　　　Defendant. | 8:14-CR-91<br><br>ORDER ON MOTION TO DISMISS |

This matter is before the Count on the Government's Motion to Dismiss, Filing 134, which requests that the Court enter an order dismissing without prejudice the Amended Petition for Warrant or Summons for Offender Under Supervision, Filing 129.[1] The Court finds that the Motion should be granted. Accordingly,

IT IS ORDERED:

1. The Government's Motion to Dismiss, Filing 134, is granted; and

2. The Amended Petition for Warrant or Summons for Offender Under Supervision, Filing 129, is dismissed without prejudice.

Dated this 27th day of October, 2022.

BY THE COURT:

_____
Brian C. Buescher
United States District Judge

---

[1] The Government's Motion cites the Amended Petition found at Filing 129 by its filing number. The original petition at Filing 92 remains pending.