IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | 8:14-CR-91 |
| vs. | ORDER OF DISMISSAL |
| MATTHEW SEARS, | |
| Defendant. | |

This matter is before the Court on the United States' Motion to Dismiss "the Amended Petition for Warrant or Summons for Offender Under Supervision" as well as the "2nd Amended Petition for Warrant or Summons for Offender Under Supervision." Filing 162 (citing Filing 142 and Filing 157). The Court finds the Motion should be granted. Accordingly,

IT IS ORDERED:

1. The Amended Petition for Offender Under Supervision, Filing 142, is dismissed without prejudice; and

2. The 2nd Amended Petition for Offender Under Supervision, Filing 157, is dismissed without prejudice.

Dated this 9th day of May, 2024.

BY THE COURT:

Brian C. Buescher
United States District Judge